■ The People of the State of New York, Respondent, v Wayne E. Leeper, Appellant. [678 NYS2d 554] —Judgment unanimously affirmed. Memorandum: Defendant was convicted upon a plea of guilty of assault in the first degree (Penal Law § 120.10 [3]) in full satisfaction of a four-count indictment charging defendant, *inter alia*, with attempted murder in the second degree (Penal Law §§ 110.00, 125.25 [1]). We reject the contention of defendant that, because his assigned counsel failed to make pretrial motions, he was denied effective assistance of counsel. Defendant has not shown that the motions, if

made, would have been successful and has failed to establish that counsel otherwise failed to provide meaningful representation (*see, People v Baldi*, 54 NY2d 137, 147; *People v Ayala*, 236 AD2d 802, *lv denied* 90 NY2d 855). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Assault, 1st Degree.) Present—Green, J. P., Lawton, Callahan, Boehm and Fallon, JJ.